FILED
JUN 2 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUN 16 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-0323 VRW (JCS) |
| Plaintiff, | |
| v. | **ORDER** |
| Jimmy QUAN and | Date: October 3, 2006 |
| Anna WONG, at. al, | Time: 8:30 a.m. |
| | Court: The Honorable Vaughn R. Walker |
| Defendants. | |

**IT IS HEREBY ORDERED** that the parties' jointly proposed schedule is adopted by this Court, as follows:

| | |
|---|---|
| Gov. Witnesses/Exhibits: | June 23, 2006 |
| Gov. Preliminary 404(b): | June 30, 2006 |
| Pretrial Motions Due: | July 25, 2006 |
| Gov. Expert Disclosures: | July 31, 2006 |
| Gov Rule 16(a) Discl. | July 31, 2006 |
| Gov. 404(b) Notice Due: | July 31, 2006 |
| Government Jencks Due: | July 31, 2006 |
| Final Gov. Exhibit List: | August 15, 2006 |

CR 04-0323 VRW (JCS); Order re: Dates        1

| | | |
|---|---|---|
| 1 | Responses Due: | August 15, 2006 |
| 2 | Replies Due: | August 22, 2006 |
| 3 | **Motion Hearing:** | **August 29, 2006 at 10:30 a.m.** |
| 4 | Defense Expert Disclosures: | September 5, 2006 |
| 5 | Pretrial Statements Due: | September 5, 2006 |
| 6 | Motions in Limine Due: | September 5, 2006 |
| 7 | Resp. In Limine Due: | September 11, 2006 |
| 8 | Defense Rule 16(b) Discl.: | September 15, 2006 |
| 9 | Defense Jencks Due: | September 15, 2006 |
| 10 | **Pretrial Conference:** | **September 19, 2006 at 10:30 a.m** |
| 11 | ~~Trial:~~ *Jury Selection:* | October 3, 2006, at ~~8:30 a.m.~~ *1:30 p.m.* |
| 12 | *Trial:* | *October 4, 2006 at 8:30 a.m.* |

13  Dated: June 15, 2006

14                                           /s/ _____
15                                           THE HONORABLE VAUGHN R. WALKER
                                          CHIEF UNITED STATES DISTRICT JUDGE

||  |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | The undersigned hereby certifies under penalty of perjury that |
| 4 | the following true copy: |
| 5 | **ORDER** |
| 6 | |
| 7 | in the case of **United States of America v. Jimmy Quan and Anna Wong**, No. **C 02-5480 CRB (PR)**, served by hand delivery to the |
| 8 | following: |
| 9 | |
| 10 | Susan Badger<br>Assistant United States Attorney<br>United States Attorney |
| 11 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 |
| 12 | |
| 13 | |
| 14 | Dated: June 16, 2006 |
| 15 | |
| 16 | _____<br>CARMEN ESTRADA<br>Legal Secretary |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |