IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No CR 04-0323 VRW |
| Plaintiff, | ORDER |
| v | |
| JIMMY QUAN, et al, | |
| Defendants. | |

The court requests briefing from the defendants regarding the government's motion for notice of defendants' intent to raise an advice-of-counsel defense. Doc #131. Briefing shall indicate whether defendants oppose the government's motion and, if so, the legal basis for opposition. Briefing shall not exceed five pages and shall be filed on or before August 11, 2006.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge