IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | No | CR 04-0323 VRW |
| Plaintiff, | | ORDER |
| v | | |
| JIMMY QUAN, ANNA WONG, JENNY WONG, BICK WONG, | | |
| Defendants. | | |

Defendants move to dismiss the second forfeiture allegation of the second superseding indictment on two grounds: (1) the forfeiture claim mistakenly cites a statute that does not exist and (2) the conspiracy charged in count one includes an offense which has no statutory basis for forfeiture. For reasons discussed below, defendants' motion is DENIED.

//

//

I

The second forfeiture allegation mistakenly cites to 18 USC § 982(a)(1)(C) instead of the intended statute 18 USC § 981(a)(1)(C). The intended statute was correctly cited in the heading of the second forfeiture allegation and the defendants motion concedes that "[p]resumably * * * the government intended to cite to section 981(a)(1)(C), as it did in the heading of the allegation." Doc #137 at 5. Since it is clear the defendants were not misled and suffered no prejudice, this typographical error is not grounds to dismiss the second forfeiture allegation. Fed R Crim P 7(c)(3).

II

The second forfeiture allegation operates "[u]pon conviction of the conspiracy or concealment of assets offenses charged in Counts One and Two." Second superceding indictment, ¶ 101. The conspiracy charge in count one includes a conspiracy to commit "Bankruptcy Fraud, in violation of 18 USC § 157(2); Concealment of Assets, in violation of 18 USC § 152(7); and False Declarations, in violation of 18 USC § 152(3)." Second superceding indictment, ¶ 22. While conspiracies to commit concealment of assets and false declarations can support the second forfeiture allegation, the government admits "there is no statutory basis for forfeiting proceeds from a conspiracy to commit bankruptcy fraud in violation of 18 USC § 157." Doc #137 at 2.

Defendants request dismissal of the second forfeiture allegation since it would be unclear whether there was a statutory basis for forfeiture upon a conviction on only count one.

The second forfeiture provision has a statutory basis if

2

the defendants are convicted of either count two or count one based on a conspiracy to make false declarations or conceal assets. Accordingly, the second forfeiture provision will not be dismissed and a special verdict will be used to determine whether the second forfeiture allegation has a statutory basis in the event defendants are convicted of count one and not count two.

Defendants' motion to dismiss is DENIED.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge