UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

No. CR 04-323 WBS

v.

JIMMY QUAN, et al.

_____)

ORDER

In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than thirty (30) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of thirty (30) days on which the juror is required to hear such case.

Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of thirty (30) days.

Dated: April 4, 2007

William B. Shubb
United States District Judge