

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CR-04-0323 WBS |
| Plaintiff, | |
| v. | **ORDER** |
| JIMMY QUAN, et al., | |
| Defendant. | |

    It is hereby ordered that the United States Marshal sequester the jury of twelve in the above matter during their deliberations at the United States Courthouse in San Francisco, California and furnish them with meals at the expense of the United States.

    The jury shall be sequestered commencing May 4, 2007, until conclusion of trial proceedings.

**IT IS SO ORDERED.**

Dated: May 4, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE