1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-04-0323-WBS |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| TOHA QUAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon application of the defendant Toha Quan pursuant to rule 17(b) and (c) of the
Federal Rules of Criminal Procedure, and good cause appearing therefor:

IT IS HEREBY ORDERED that the fees and expenses associated with the attendance of
the following witnesses shall be paid as if they had been subpoenaed on behalf of the
government: David Chan, Patrick Cheung, Larry Chin, Kevin Davis, Mei Fode, Joe Leo, Barry
Wong and Sandy Xie.

DATED:  June 1, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1