BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant JIMMY QUAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Jimmy QUAN and<br>Anna WONG,<br><br>        Defendants. | No. CR 04-0323 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER ALLOWING ADDITIONAL**<br>**TIME FOR THE GOVERNMENT TO**<br>**RESPOND**<br><br>Date: June 13, 2008<br>Time: 10:30 a.m.<br>Court: The Honorable William B. Shubb |

The parties hereby stipulate and request the Court to order as follows:

1. This Court has ordered a hearing on Defendant's Motion to Rescind Restitution Order on June 13, 2008;

2. The government's deadline to respond to the motion is currently May 19, 2008;

3. The parties are currently negotiating an alternate resolution of this situation that would result in payment to creditors being made as previously contemplated, and would avoid the costs of ongoing litigation of the civil cases (as well as ongoing litigation of the restitution issue.) These negotiations have been thwarted, to significant extent, by the problems that the parties have communicating with Mr. Quan and Ms. Wong on paper. All drafts of documents need to be sent through

CR 04-323 WBS; Stipulation To Alter Briefing
Schedule                                                1

1      the U.S. mail, and every draft of a proposed stipulation is subject to the slow

2      delivery of mail at the U.S. prison locations.  Written changes need to be

3      discussed, revised, and then re-sent through the mail.  It has become apparent that

4      the only way to realistically accomplish a paper settlement in this matter is for the

5      attorneys to visit their respective clients at the institutions at which they are

6      housed.  These legal visits require clearance that the BOP has been slow to

7      provide.  For example, despite calling early this week to try to obtain a legal visit

8      with Ms. Wong, Mr. Babcock was not able to schedule a visit this week due to

9      BOP regulations;

10   4.   For these reasons, the parties jointly request the Court to extend the deadline for

11     the government's response to Mr. Quan's motion to June 2, 2008.

Dated: May 16, 2008

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney for Jimmy Quan

Dated: May 16, 2008          _____/S/_____
ERIK BABCOCK
Attorney for Anna Wong

Dated: May 16, 2008          _____/S/_____
SUSAN BADGER
ASSISTANT UNITED STATES ATTORNEY
Counsel for United States of America

**ORDER**

Based on the aforementioned representations of the parties, and for good cause shown, the deadline for the government's response to Defendant Quan's Motion to Rescind Restitution

CR 04-323 WBS; Stipulation To Alter Briefing
Schedule                                        2

1  Order is hereby EXTENDED to June 2, 2008.

3        IT IS SO ORDERED.

4  Dated: May 16, 2008

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE